UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY HODGES, an individual,<br><br>                        Plaintiff,<br><br>                v.<br><br>DELTA AIR LINES, INC., a Delaware Corporation and AIRSERV CORP., a Georgia Corporation,<br><br>                      Defendants. | Case No. C09-1547-BAT<br><br>**ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

This matter comes before the Court on plaintiff's Third Motion to Compel Discovery.  Dkt. 77.  Plaintiff seeks production of portions of employee personnel files of three AirServ employees who assisted plaintiff deplaning.  *Id.* at 1.  Plaintiff appears to have originally sought these records in her Fourth Set of Interrogatories and Requests for Production, propounded to defendants on September 7, 2010.  *Id.* at 2.  Defendants issued an untimely objection stating that the request was overbroad.  *Id.*  The parties continued to dispute the request, but the documents before the Court do not give a clear picture of the chain of events and alleged agreements that led to plaintiff's instant motion.  With trial imminent and the deadline to complete discovery already past, the Court, having considered plaintiff's motion, defendants' response, and the balance of the record does hereby **ORDER:**

ORDER ON PLAINTIFF'S MOTION TO COMPEL
DISCOVERY- 1

1    (1)  The Court shall conduct an *in camera* review of the personnel files of Shavonne
2 Buchannan, Dennis Gilliam, and Marcus Joiner.
3    (2)  Defendants are directed to deliver the following portions of these personnel files to
4 chambers: training records, drug testing records, discipline records, termination records, and
5 applications for employment.  Defendants shall deliver these records to chambers by **4:00 p.m.**
6 **on Tuesday, January 18, 2011.**
7    (3)  If either party objects to the undersigned conducting an *in camera* review of the
8 personnel files, such objections shall be filed no later than **4:00 p.m. on Tuesday, January 18,**
9 **2011.**  In the event that either party files an objection, another judge shall conduct the *in camera*
10 review.
11    (4)  Should the *in camera* review result in a determination that any of the materials
12 contained in the files are properly within the scope of Federal Rule of Civil Procedure 26(b),
13 such documents shall be disclosed to plaintiff.
14    DATED this 14th day of January, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION TO COMPEL
DISCOVERY- 2